IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-807-FDW-DCK

| TELCO SENSORS, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| LOUIS BERRIGAN, and SHINGLE & GIBB AUTOMATION, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Christopher D. Tomlinson, concerning Benjamin M. Farley, on December 8, 2023. Benjamin M. Farley seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Benjamin M. Farley is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge